IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | Docket No. 3:19-cr-226-FDW |
| v. | ) ) | **INFORMATION PURSUANT TO** |
| OMAR CARILLO-VILLAGRANA | ) ) ) | **21 U.S.C. 851** |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and files this Information with the Court setting forth the Defendant's previous convictions for purposes of 21 U.S.C. § 851.

| **Charge** | **Conviction Date (Offense/Arrest Date)** | **Jurisdiction and Sentence** |
|---|---|---|
| Conspiracy to Distribute 500 Grams or more of Cocaine | 3/22/2011 guilty plea 5/17/2011 sentencing 5/23/2011 judgment | Eastern District of Michigan (Detroit) Docket 2:10-cr-20377-BAF-MAR-3; Sentence: 60 months imprisonment |

Respectfully submitted this 6th day of August 2019.

    R. ANDREW MURRAY
    UNITED STATES ATTORNEY

    **/s/ Steven R. Kaufman**
    STEVEN R. KAUFMAN
    ASSISTANT UNITED STATES ATTORNEY
    227 West Trade Street, Suite 1650; Charlotte, NC 28202
    (704) 338-3117 (office); (704) 227-0254 (facsimile)
    Steven.Kaufman@usdoj.gov