# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Omar Carillo-Villagrana <br> *Defendant* | ) ) ) ) ) ) ) ) Case No: 3:19-cr-00226-FDW-DSC |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __August 13, 2019__

*Omar Carillo* [signature]
*Defendant's Signature*

[signature]
*Signature of defendant's attorney (if any)*

Charles L. Morgan, Jr.
*Printed name of defendant's attorney (if any)*

[signature]
David S. Cayer
United States Magistrate Judge